KATE WELLS, State Bar #107051
Attorney at Law
2600 Fresno Street
Santa Cruz, California 95062
Telephone: (831) 479-4475
Facsimile: (831) 479-4476

Attorney for Plaintiffs,
    JEFFREY GOLIN, ELSIE GOLIN, and NANCY K. GOLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

E-FILED CASE

| | |
|---|---|
| JEFFREY GOLIN, individually and as next friend for NANCY K. GOLIN; ELSIE GOLIN, individually; and NANCY K. GOLIN, an incapacitated person,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CLIFFORD B. ALLENBY, et al.<br><br>    Defendants. | NO. C11-02618 HRL<br><br>**PLAINTIFFS' EX PARTE REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANTS; DECLARATION OF KATE WELLS IN SUPPORT THEREOF; ~~(PROPOSED)~~ ORDER** |

    Plaintiffs hereby request an order granting them a 60 day extension of time to serve the Summons and Complaint herein on the defendants. Said extension would extend the deadline from the present date of September 29, 2011 to November 29, 2011. The reason for said request is set forth in the Declaration of Kate Wells which follows.

Dated: September 28, 2011             /s/
                                            Kate Wells, Attorney for the Plaintiffs

REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANTS
*Golin, et al. v. Allenby, et al.* Case No. C11 - 02618 HRL

DECLARATION OF KATE WELLS

I, KATE WELLS, declare:

1. I am an attorney licensed to practice in all of the courts of California and the attorney of record for the plaintiffs in the above-captioned case.

2. The plaintiffs retained me to file the complaint herein to preserve the statute of limitations on their claims against the defendants. At this time, they have not yet made a determination as to whether or not they have the intention and/or wherewithal to pursue the action. Given the number of named defendants in the case, service of process will be costly and possibly unnecessary. For this reason, they have asked me to request this extension of time to serve the summons and complaint on the defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge. Signed this 28th day of September, 2011, at Santa Cruz, California.

_____/s/_____
Kate Wells

~~(PROPOSED)~~ ORDER

IT IS HEREBY ORDERED that the time in which plaintiffs can serve the summons and complaint is hereby extended for 60 days from September 29, 2011, to November 29, 2011.

Dated: October 19, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

2