KATE WELLS, State Bar #107051
Attorney at Law
2600 Fresno Street
Santa Cruz, California 95062
Telephone: (831) 479-4475
Facsimile: (831) 479-4476

Attorney for Plaintiffs,
    JEFFREY GOLIN, ELSIE GOLIN, and NANCY K. GOLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

E-FILED CASE

| | |
|---|---|
| JEFFREY GOLIN, individually and as next friend for NANCY K. GOLIN; ELSIE GOLIN, individually; and NANCY K. GOLIN, an incapacitated person, <br><br> Plaintiffs, <br><br> vs. <br><br> CLIFFORD B. ALLENBY, et al. <br><br> Defendants. | NO. C11-02618 WHA <br><br> **PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> ~~(PROPOSED)~~ **ORDER** |

Plaintiffs hereby request an order granting them a dismissal without prejudice of the action filed herein.

Dated: November 1, 2011        /s/
                               Kate Wells, Attorney for the Plaintiffs

///

///

///

PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER
*Golin, et al. v. Allenby, et al.* Case No. C11 - 02618 WHA

1

~~(PROPOSED)~~ ORDER

Pursuant to the request of the plaintiffs herein

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated:  November 2, 2011.    

   William Alsup
   UNITED STATES DISTRICT JUDGE

PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER
*Golin, et al. v. Allenby, et al.* Case No. C11 - 02618 WHA

2